JOHN J. MILLER et al., Respondents, *v.* JOSEPH V. MORESCHI, as President of International Hod Carriers', Building and Common Laborers' Union of America, et al., Appellants, et al., Defendants.

Argued February 24, 1947; decided May 22, 1947.

*Edmond B. Butler, Edward T. Galloway* and *Joseph E. Swierzbinski* for appellants appearing specially.
*Hyman N. Glickstein* and *Daniel W. Meyer* for respondents.

Order, so far as appealed from, reversed and motion of defendant-appellant International Union granted, with costs. First and ninth questions certified answered in the negative. Other questions certified not answered. (See *Amon* v. *Moreschi*, 296 N. Y. 395, decided herewith.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.